

CRACKER BARREL OLD COUNTRY STORE, INC.
I-20 & GA Hwy 5
7060 CONCOURSE PKWY
DOUGLASVILLE, GA 30134

AHMAD EVERHART
717 BURNS RD
APT 7223
CARROLLTON, GA 30117

| WAGE STATEMENT | |
|---|---|
| Employee: 1762566 | PayDate: 8/30/2018 |
|  | Advice Number: 026048265 |
| Pay Period Begin: 8/18/2018 | Pay Period End: 8/24/2018 |
| Location: 00040 Douglasville, GA | |

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | Single | S |
| Allowances | 1 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 90.65 | 209.07 |
| Total Taxes and Deductions | 7.75 | 17.42 |
| Total Wages | 82.90 | 191.65 |
| Net Pay | 82.90 | 191.65 |

### EARNINGS

| Description | Current | Year-to-Date |
|---|---|---|
| REGULAR | 90.65 | 209.07 |
| Total | 90.65 | 209.07 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FICA | 5.62 | 12.97 |
| MEDICARE | 1.31 | 3.03 |
| GEORGIA STATE TX | 0.82 | 1.42 |
| Total | 7.75 | 17.42 |

| JOBS | | | |
|---|---|---|---|
| Store Class Type-Pay | Rate | Hours | Amount |
| 0040 DISH REGULAR | 9.25 | 9.80 | 90.65 |

| VACATION |
|---|
| 0 VAC WKS EARNED   8/02/2018 |
| 0 VAC WKS TO USE BY  8/01/2019 |

### MESSAGES / NOTES

Hourly Employee
FEDERAL GROSS WAGES  Current( 90.65 ) YTD( 209.07 )
FICA GROSS WAGES    Current( 90.65 ) YTD( 209.07 )
MEDICARE GROSS WAGES  Current( 90.65 ) YTD( 209.07 )
Need 1398.44 more hrs by 6/28/19 to be eligible to enroll in Health Coverage. You have 11.56 hrs.
Servers must report 100% of tips received.
Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

### WAGE DISTRIBUTION

| Acct Type | Routing # | Account # | Current | Year-to-Date |
|---|---|---|---|---|
| CHECKING | XXXX6750 | XXXXXX8259 | 82.90 | 191.65 |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-20 & GA Hwy 5
7060 CONCOURSE PKWY
DOUGLASVILLE, GA 30134

AHMAD EVERHART
717 BURNS RD
APT 7223
CARROLLTON, GA 30117

## WAGE STATEMENT

| | |
|---|---|
| Employee: 1762566 | PayDate: 8/23/2018 |
| | Advice Number: 025982712 |
| Pay Period Begin: 8/11/2018 | Pay Period End: 8/17/2018 |
| Location: 00040 Douglasville, GA | |

### TAX DATA

| | Federal | State |
|---|---|---|
| Tax Status | Single | S |
| Allowances | 1 | 0 |
| Additional Amount | 0.00 | 0.00 |

### WAGE STATEMENT SUMMARY

| | Current | YTD |
|---|---|---|
| Total Gross | 81.22 | 118.42 |
| Total Taxes and Deductions | 6.82 | 9.67 |
| Total Wages | 74.40 | 108.75 |
| Net Pay | 74.40 | 108.75 |

### EARNINGS

| Description | Current | Year-to-Date |
|---|---|---|
| REGULAR | 81.22 | 118.42 |
| Total | 81.22 | 118.42 |

### TAXES AND DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FICA | 5.04 | 7.35 |
| MEDICARE | 1.18 | 1.72 |
| GEORGIA STATE TX | 0.60 | 0.60 |
| Total | 6.82 | 9.67 |

### JOBS

| Store Class Type-Pay | Rate | Hours | Amount |
|---|---|---|---|
| 0040 DISH REGULAR | 9.25 | 8.78 | 81.22 |

### VACATION

0 VAC WKS EARNED. 8/02/2018
0 VAC WKS TO USE BY 8/01/2019

### MESSAGES / NOTES

Hourly Employee
FEDERAL GROSS WAGES  Current( 81.22 ) YTD( 118.42 )
FICA GROSS WAGES   Current( 81.22 ) YTD( 118.42 )
MEDICARE GROSS WAGES  Current( 81.22 ) YTD( 118.42 )
Need 1;407.22 more hrs by 6/28/19 to be eligible to enroll in Health Coverage. You have 2.78 hrs.
Open Door Concerns? Contact the Employee Relations
Department at 1-800-333-9566.
Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

### WAGE DISTRIBUTION

| Acct Type | Routing # | Account # | Current | Year-to-Date |
|---|---|---|---|---|
| CHECKING | XXXX6750 | XXXXXX8259 | 74.40 | 108.75 |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-20 & GA Hwy 5
7060 CONCOURSE PKWY
DOUGLASVILLE, GA 30134

AHMAD EVERHART
717 BURNS RD
APT 7223
CARROLLTON, GA 30117

**WAGE STATEMENT**

| | |
|---|---|
| Employee: 1762566 | PayDate: 8/16/2018 |
| | Advice Number: 025916157 |
| Pay Period Begin: 8/4/2018 | Pay Period End: 8/10/2018 |
| Location: 00040 Douglasville, GA | |

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | Single | S |
| Allowances | 1 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 20.16 | 37.20 |
| Total Taxes and Deductions | 1.54 | 2.85 |
| Total Wages | 18.62 | 34.35 |
| Net Pay | 18.62 | 34.35 |

**EARNINGS**

| Description | Current | Year-to-Date |
|---|---|---|
| REGULAR | 20.16 | 37.20 |
| Total | 20.16 | 37.20 |

| TAXES AND DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| FICA | 1.25 | 2.31 |
| MEDICARE | 0.29 | 0.54 |
| Total | 1.54 | 2.85 |

| JOBS | | | |
|---|---|---|---|
| Store Class  Type-Pay | Rate | Hours | Amount |
| 0040  CAI  REGULAR | 7.25 | 2.78 | 20.16 |

**VACATION**
0 VAC WKS EARNED    8/02/2018
0 VAC WKS TO USE BY  8/01/2019

**MESSAGES / NOTES**

Hourly Employee
FEDERAL GROSS WAGES  Current(   20.16 ) YTD(    37.20 )
FICA GROSS WAGES    Current(   20.16 ) YTD(    37.20 )
MEDICARE GROSS WAGES  Current(   20.16 ) YTD(    37.20 )
Track Your hrs Worked for Health Coverage Eligibility here on each future wage statement.
Open Door Concerns? Contact the Employee Relations
Department at 1-800-333-9566.
Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

**WAGE DISTRIBUTION**

| Acct Type | Routing # | Account # | Current | Year-to-Date |
|---|---|---|---|---|
| CHECKING | XXXX6750 | XXXXXX8259 | 18.62 | 34.35 |



CRACKER BARREL OLD COUNTRY STORE, INC.
I-20 & GA Hwy 5
7060 CONCOURSE PKWY
DOUGLASVILLE, GA 30134

AHMAD EVERHART
717 BURNS RD
APT 7223
CARROLLTON, GA 30117

| WAGE STATEMENT | |
|---|---|
| Employee: 1762566 | PayDate: 8/9/2018 |
| | Advice Number: 025848676 |
| Pay Period Begin: 7/28/2018 | Pay Period End: 8/3/2018 |
| Location: 00040 Douglasville, GA | |

| TAX DATA | Federal | State |
|---|---|---|
| Tax Status | Single | S |
| Allowances | 1 | 0 |
| Additional Amount | 0.00 | 0.00 |

| WAGE STATEMENT SUMMARY | Current | YTD |
|---|---|---|
| Total Gross | 17.04 | 17.04 |
| Total Taxes and Deductions | 1.31 | 1.31 |
| Total Wages | 15.73 | 15.73 |
| Net Pay | 15.73 | 15.73 |

### EARNINGS

| Description | Current | Year-to-Date |
|---|---|---|
| REGULAR | 17.04 | 17.04 |
| Total | 17.04 | 17.04 |

### TAXES AND DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FICA | 1.06 | 1.06 |
| MEDICARE | 0.25 | 0.25 |
| Total | 1.31 | 1.31 |

### JOBS

| Store Class Type-Pay | Rate | Hours | Amount |
|---|---|---|---|
| 0040 CLASS REGULAR | 7.25 | 2.35 | 17.04 |

### VACATION

0 VAC WKS EARNED    8/02/2018
0 VAC WKS TO USE BY 8/01/2019

### MESSAGES / NOTES

Hourly Employee
FEDERAL GROSS WAGES  Current( 17.04 ) YTD( 17.04 )
FICA GROSS WAGES  Current( 17.04 ) YTD( 17.04 )
MEDICARE GROSS WAGES  Current( 17.04 ) YTD( 17.04 )
Track Your hrs Worked for Health Coverage Eligibility here on each future wage statement.
Call 1-888-894-4262 to report acts of internal theft
or text keyword REPORT to 95495.
Cracker Barrel Old Country Store, Inc., 307 Hartmann Drive, Lebanon, TN 37087, 615-444-5533

### WAGE DISTRIBUTION

| Acct Type | Routing # | Account # | Current | Year-to-Date |
|---|---|---|---|---|
| CHECKING | XXXX6750 | XXXXXX8259 | 15.73 | 15.73 |